GENERAL PACKAGING SERVICE, INC.

v.

WALDWICK PLASTICS CORPORATION.

October 5, 1982.

Petition for certification denied.

EVELINE G. JOHMANN v. LAWRENCE M. JOHMANN.

October 5, 1982.

Petition for certification denied.

SCHUMACHER & FORELLE, INC.

v.

INTERNATIONAL FIDELITY INSURANCE COMPANY.

October 5, 1982.

Petition for certification denied.

RWM DEVELOPMENT CORPORATION v. PLANNING BOARD OF
THE TOWNSHIP OF PISCATAWAY AND E. EUGENE OROSS.

October 5, 1982.

Petition for certification denied.